# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JEREMIAH BENNETT, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-100 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 4). Petitioner Jeremiah Bennett ("Bennett") failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, the Court **DISMISSES** Bennett's Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2255. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **GRANTS** Bennett a Certificate of Appealability and **GRANTS** Bennett leave to proceed *in forma pauperis* on appeal.

SO ORDERED, this 27 day of October, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)